IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    5:24-CR- 466    ( BKS ) |
| | ) |
| **v.** | ) **Indictment** |
| | ) |
| **JAMES ALSHEIMER Jr. aka "Diesel,"** | ) Violations:    18 U.S.C. § 922(a)(3) |
| | )        [Illegal Transportation of |
| **Defendant.** | )        Firearms] |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) 1 Count and Forfeiture Allegation |
| | ) |
| | ) County of Offense:    Onondaga |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Illegal Transportation of Firearms]

In or about August 2021, in Onondaga County in the Northern District of New York, and elsewhere, the defendant, **JAMES ALSHEIMER Jr. aka Diesel**, not being a licensed importer, manufacturer, dealer and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully transported into the State of New York, where he then resided, the following firearms, which had all been purchased and obtained by the defendant outside the State of New York: a) Strassell's Machine Inc. (Hi-Point) C9 9mm firearm, SN: P10133489; b) Strassell's Machine Inc. (Hi-Point) C9 9mm firearm, SN: P10142870; c) Taurus GC3 9mm firearm, SN: ACC720705 d) Taurus GC3 9mm firearm, SN: ACE886455; e) Ruger GP100 .357 revolver, SN: 17614058; and f) Masterpiece Arms MPA Defender 9mm firearm, SN: FX26060, in violation of Title 18, United States Code, Sections 922(a)(3) and 924(a)(1)(D).

## FORFEITURE ALLEGATION

The allegation contained in Count One of this indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(a)(3), as set forth in Count One of this indictment, the defendant, **JAMES ALSHEIMER Jr. aka "Diesel,"** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms involved in and used in any knowing commission of such offense, including, but not limited to:

(a)   Strassell's Machine Inc. (Hi-Point) C9 9mm firearm, SN: P10133489; and

(b)   Ruger GP100 .357 revolver, SN: 17614058.

Dated:   November 22, 2024

A TRUE BILL,

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: _____
Kristen Grabowski
Assistant United States Attorney
Bar Roll No. 700658